1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAE GOVERNMENT SERVICES, INC., a California corporation,,<br><br>            Plaintiff,<br>     vs.<br><br>MPRI, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>            Defendant. | CASE NO.  CV 06-0964 RGK (MANx)<br><br>[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL<br><br><br>Judge:    Hon. Margaret A. Nagle<br>Crtrm:    580 |
| MPRI, INC., a Delaware corporation,<br>            Counterclaimant,<br>     vs.<br>PAE GOVERNMENT SERVICES, INC., a California corporation, and ROES 1 through 10,<br>            Counterdefendant. | |

6683071.1                           1                        [PROPOSED] ORDER GRANTING
                                                              STIPULATION OF DISMISSAL

1 | Pursuant to the Stipulation of Dismissal filed by Plaintiff and Counterdefendant PAE Government Services, Inc. ("PAE"), and Defendant and Counterclaimant, MPRI, Inc. ("MPRI"), on December 22, 2008 (*see* Doc. # 209), PAE's Third Amended Complaint and MPRI's Counterclaim shall be dismissed with prejudice in their entirety pursuant to Fed. R. Civ. Proc. 41(a)(1), and each party shall bear its own attorney's fees, expenses, and costs.

IT IS SO ORDERED.

Dated: December 30, 2008                              /s/
                                                      The Honorable Margaret A. Nagle
                                                      United States Magistrate Judge

Respectfully submitted,

MUNGER, TOLLES & OLSON LLP


By:   /s/ Richard E. Drooyan
          RICHARD E. DROOYAN

Attorneys for Plaintiff and Counterdefendant
PAE GOVERNMENT SERVICES, INC.